No. 16-1558

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

---

GILLIAN BERGER and TAYLOR HENNIG,
on their own behalf and on behalf of similarly situated persons

*Plaintiff-Appellants*

*v.*

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and
certain NCAA Division I Member Schools, in their respective incorporated names or
in the name of their respective Boards of Regents/Trustees [i]

*Defendant-Appellees.*

---

Appeal from the United States District Court
for the Southern District of Indiana, Indianapolis Division
Case No. 1:14-CV-1710
The Honorable William T. Lawrence

---

## REPLY BRIEF AND SUPPLEMENTAL APPENDIX OF
## PLAINTIFF-APPELLANTS

---

Paul L. McDonald
P L MCDONALD LAW LLC
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
(267) 238-3835

*Counsel for Plaintiff-Appellants*

---

[i] Defendant-Appellee NCAA Division I Member Schools, including private and semi-public schools not immune to this federal lawsuit under the Eleventh Amendment, are listed in the Short Appendix. A. 1-3.

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ............................................................................iii

INTRODUCTION ....................................................................................... 1

ARGUMENT ..............................................................................................2

I.   Dismissal Relying Upon *Vanskike v. Peters* Is Limited to the
Economic Reality Dictated by the 13th Amendment's Specific and
Solitary Allowance for Unpaid Involuntary Servitude of Prisoners .......... 2

    A.   Neither *Sec'y of Labor v. Lauritzen* Nor *Callahan v. City of Chi.*
Support Dismissal; Both Were Decided on Summary Judgment
After Application of Developed Facts to An Employee Test ............ 5

II.   Under the FLSA, All Employee Tests Examine Economic Realities;
Criteria Are Adaptable to Fit Particular Contexts and Aimed at the
Substance of Classifications Under the FLSA, Not Labels ....................... 6

III.   Defense Counsel's Argument That Non-Payment, *Alone*, Precludes
Employee Status Is Not Only Contrary to Well-Settled Law,
But Also Circular, Effectively Permitting Employers to
Unilaterally Opt Out of FLSA Coverage .................................................... 9

IV.   Legal Rules of *Noscitur a Sociis* and *Ejusdem Generis*, and Defendant
Colleges' Own Policies, Conduct and Statements, Support Distinction
Between Student-Run Groups Listed in DOL Field Operations Handbook
§ 10b03(e) and NCAA-Regulated Sports ................................................11

    A.   The District Court Acknowledged That § 10b03(e)
Is Not Dispositive, and Is Not Controlling Upon the Courts;
§ 10b03(e) Did Not, and Cannot, Sustain Dismissal ...................... 11

    B.   At A Later Stage of Litigation, § 10b03(e) Could Be *Persuasive*,
But Only on Evidence of *Skidmore* Factors and Not In Lieu of
Application of Developed Facts to An Employee Test ................... 12

    C.   § 10b03(e)'s *Limited* Power to Persuade Is Further *Limited* to
the Listed Student-Run Groups; § 10b03(e) Does Not Include
NCAA-Regulated Sports, or Work Study, Strictly Supervised By
Full-Time, Well-Paid College Staff ............................................... 13

    D.    Defense Counsel's Insistence That § 10b03(e)'s Reference to "Interscholastic" Athletics Includes NCAA-Regulated Sports Defies Legal Construction Rules Relied Upon in This Circuit ..................14

           1.    *Noscitur a Sociis,*
               *i.e.,* "It Is Known From Its Associates" ...................…...........14

           2.    *Ejusdem Generis,*
               *i.e.,* "Of the Same Kind" .....................................................15

    E.    Defense Counsel's Insistence That § 10b03(e)'s Reference to "Interscholastic" Athletics Includes NCAA-Regulated Sports Is Contradicted by Their Clients' Own Policies, Conduct and Statements ...............................................................................17

V.    "Respective" Employers Can Be Joint Employers Based on Factual Evidence of Sufficient Shared Control .......................……………. 24

VI.  This Is A Case of First Impression Under the FLSA ...........................25

    A.  There Is No Amateurism Exception to the FLSA ...........................26

**CONCLUSION** ........................................................................................29

**CERTIFICATE OF COMPLIANCE** .............................................................30

**CERTIFICATE OF SERVICE** ...................................................................31

**SUPPLEMENTAL APPENDIX**

*Summary Exhibit*
Defendant Websites | Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports .......................................................... A. 388-418

## TABLE OF AUTHORITIES

*Barfield v. N.Y. City Health & Hosps. Corp.*,
537 F.3d 132 (2d Cir. 2008) ……………………………………………………………... 24

*Bennett v. Frank*,
395 F.3d 409 (7th Cir. 2005) ……………………………………………………….......3

*Bonnette v. California Health & Welfare Agency*,
704 F.2d 1465 (9th Cir. 1983) ………………………………………………………… 3

*Callahan v. City of Chi.*,
78 F. Supp. 3d 791 (N.D. Ill. 2015), *aff'd*, 813 F.3d 658 (7th Cir. 2016) ……... ii, 5, 23

*Callahan v. City of Chi.*,
813 F.3d 658 (7th Cir. 2016) ………………………………………………… ii, 5-6

*CFTC v. Worth Bullion Grp.*,
717 F.3d 545 (7th Cir. 2013) …………………………………………………………14

*Cole v. U.S. Capital, Inc.*,
389 F.3d 719 (7th Cir. 2004) …………………………………………………………… 2

*Ctr. for Individual Freedom v. Madigan*,
697 F.3d 464 (7th Cir. 2012) …………………………………………………………14

*Donovan v. Brandel*,
736 F.2d 1114 (6th Cir. 1984) ………………………………………………………… 6

*Douglas v. Aramark*,
No. 1:09-cv-00912-LJM-TAB, 2009 U.S. Dist. LEXIS 113381
(S.D. Ind. Dec. 2, 2009) ……………………………………………………………… 3

*Emanuel v. Rolling in the Dough, Inc.*,
No. 10 C 2270, 2012 U.S. Dist. LEXIS 166206 (N.D. Ill. Nov. 21, 2012) ………... 10-11

*George v. SC Data Ctr.*,
884 F. Supp. 329 (W.D. Wis. 1995) …………………………………………………...4

*George v. Badger State Indus. (BSI)*,
827 F. Supp. 584 (W.D. Wis. 1993) …………………………………………………...4

*Gibson v. Kronzer*,
No. 93-1987, 1995 U.S. App. LEXIS 7814 (7th Cir. Apr. 5, 2015) ……………………3

*Glatt v. Fox Searchlight Pictures Inc.*,
293 F.R.D. 516, 534 (S.D.N.Y. 2013),
*vacated in part on other grounds*, 791 F.3d 376 (2d Cir. 2015) ................................. 9

*Glatt v. Fox Searchlight Pictures, Inc.*,
791 F.3d 376 (2d Cir. 2015),
*modified*, 811 F.3d 528 (2d Cir. 2016) ...................................…..........................6-9, 12

*Hamilton v. Dart*,
13 C 1053, 2013 U.S. Dist. LEXIS 43171 (N.D. Ill. Mar. 27, 2013) ........................ 3

*Hartford Acci. & Indem. Co. v Crider*,
392 F. Supp. 162 (N.D. Ill. 1974) ...............................................................…..........15-16

*Hollins v. Regency Corp.*,
No. 13 C 07686, 2015 U.S. Dist. LEXIS 145813 (N.D. Ill. Oct. 27, 2015) .........7-8, 12

*Knight v. United Farm Bureau Mut. Ins. Co.*,
950 F.2d 377 (7th Cir. 1991) ......................................................................…..........10

*Love v. JP Cullen & Sons, Inc.*,
779 F.3d 697 (7th Cir. 2015) ......................................................................…..........13

*Marshall v. Regis Educ. Corp.*,
666 F.2d 1324 (10th Cir. 1981) ..................................................................... 26

*Nationwide Mut. Ins. Co. v. Darden*,
503 U.S. 318, 112 S. Ct. 1344, 117 L. Ed. 2d 581 (1992) .....................................25

*North American Soccer League v. NLRB*,
613 F.2d 1379 (5th Cir. 1980) ..................................................................... 25

*O'Bannon v. NCAA*,
7 F. Supp. 3d 955 (N.D. Cal. 2014),
 *aff'd in part and rev'd in part*, 802 F.3d 1049 (9th Cir. 2015) ...........................27

*O'Bannon v. NCAA*,
802 F.3d 1049 (9th Cir. 2015) ..................................................................... 27

*Reyes v. Remington Hybrid Seed Co., Inc.*,
495 F.3d 403 (7th Cir. 2007) ...................................................................... 25

*Riley v. Doyle*,
06-C-574-C, 2006 U.S. Dist. LEXIS 75526 (W.D. Wis. Oct. 16, 2006) ................... 3

*Sanders v. Hayden*,
544 F.3d 812 (7th Cir. 2008) ......................................................................…..........3

*Schuman v. Collier Anesthesia, P.A.,*
803 F.3d 1199 (11th Cir. 2015) .................................................................... 7, 12

*Sec'y of Labor v. Lauritzen,*
835 F.2d 1529 (7th Cir.1987) ............................................................. ii, 5-6, 9-10

*Skidmore v. Swift & Co.,*
323 U.S. 134, 65 S. Ct. 161, 89 L. Ed. 124 (1944) .................................... ii, 11-12

*Strom v. Strom Closures, Inc.,*
No. 06 C 7051, 2008 U.S. Dist. LEXIS 90663 (N.D. Ill. Nov. 7, 2008) ................... 10

*Tony & Susan Alamo Found v. Sec'y of Labor,*
471 U.S. 290, 301, 105 S. Ct. 1953, 85 L. Ed. 2d 278 (1985) ................................... 10

*U.S. v. Costello,*
666 F.3d 1040 (7th Cir. 2012) ....................................................................... 14

*U.S. v. Security Mgmt. Co.,*
96 F.3d 260 (7th Cir. 1996) ........................................................................16

*U.S. v. Sriram,*
147 F. Supp. 2d. 914 (N.D. Ill. 2001) .............................................................16

*Vanskike v. Peters,*
974 F.2d 806 (7th Cir. 1992) ............................................................. ii, 2-4, 11

*Weissenberger v. Watters,*
07-C-415-C, 2007 U.S. Dist. LEXIS 57595 (W.D. Wis. Aug. 3, 2007) .....................3

*Western Ill. Home Health Care v. Herman,*
150 F.3d 659 (7th Cir. 1998) ......................................................................24

## STATUTES

U.S. Const. amend. XIII .......................................................................... ii, 2-4

U.S. Const. amend. XIV ...............................................................................4

Fair Labor Standards Act,
29 U.S.C. §§ 201 *et seq.* (2007) .............................................ii-iii, 1-4, 6-10, 24-26

# INTRODUCTION

Bedrock principles of labor law require reversal and remand, because it is indisputable that employee status and joint employment are fact-intensive inquiries not ripe for determination on a motion to dismiss (Statement of Issues IV and VI; Br. and Short App. of Plaintiff-Appellants, at 27-28, 35-36), and no employer-defined "amateurism" can precede or abrogate protections under the FLSA (Statement of Issues II; Br. and Short App. of Plaintiff-Appellants, at 13-16).

Unable to refute these bedrock principles of labor law, defense counsel disingenuously urge this Court to ignore them by resorting to frivolous (and duplicative) arguments, which plaintiff counsel addresses in turn.

## ARGUMENT

**I.    Dismissal Relying Upon *Vanskike v. Peters* Is Limited to the Economic Reality Dictated by the 13th Amendment's Specific and Solitary Allowance for Unpaid Involuntary Servitude of Prisoners**

The district court's sole legal basis for dismissal was reliance, in error, on

*Vanskike v. Peters*, 974 F.2d 806 (7th Cir. 1992).

In *Vanskike*, the Seventh Circuit affirmed dismissal of a prisoner's complaint

seeking minimum wages under the FLSA for work performed while incarcerated in

state prison.  Here, the district court noted:

> [t]he Seventh Circuit examined the economic reality of the situation at hand and determined that prisoners working within a prison as part of their sentences are simply not employees under the FLSA. The fact that a literal application of the four-factor test would point to a different result was not relevant because those factors "fail to capture the true nature of the relationship" between a prison and prisoners who work in it.

A. 42, Op. at 15.  The district court then concluded that a purported "economic reality"

of amateurism in college sports demanded a similar dismissal in the instant case

*before* fact development in discovery and application of facts to an employee test.

The standard for granting a motion to dismiss is high.  The Complaint,

"should not be dismissed unless it appears beyond doubt that the plaintiff can prove

no set of facts in support of his claim which would entitle him to relief." *Cole v. U.S.*

*Capital, Inc.*, 389 F.3d 719, 724 (7th Cir. 2004).  Moreover, "[t]he issue is not

whether a plaintiff will ultimately prevail but whether the claimant is entitled to

offer evidence to support the claims." *Id.*

2

In *Vanskike*, plaintiff could not clear this low hurdle because of the "economic reality" dictated by the 13th Amendment:

> [T]he relationship between the DOC [Department of Corrections] and a prisoner is far different from a traditional employer-employee relationship, because … inmate labor belongs to the institution. The *Thirteenth Amendment* excludes convicted criminals from the prohibition of involuntary servitude, so prisoners may be required to work. Further, there is no Constitutional right to compensation for such work ….

> [L]iteral application of the *Bonnette [v. California Health & Welfare Agency*, 704 F.2d 1465 (9th Cir. 1983)] factors in the present context …. fail to capture the true nature of the relationship for essentially they presuppose a free labor situation …. Indeed, the *Thirteenth Amendment's* specific exclusion of prisoner labor supports the idea that a prisoner performing required work for the prison is actually engaged in involuntary servitude, not employment ….

> Prisoners are essentially taken out of the national economy upon incarceration …. Because Vanskike's allegations reveal that he worked in the prison and for the DOC pursuant to penological work assignments, the economic reality is that he was not an "employee" under the FLSA.

974 F.2d at 809-10. (internal citations omitted)

Indeed, of the 8 dismissals of well-plead, non-duplicative FLSA complaints relying upon *Vanskike* in this Circuit, all but the underlying district court opinion here involved detainees who can state no claim for relief under the FLSA by virtue of this singular exception to the 13th Amendment.[1]

---

[1]     *Sanders v. Hayden*, 544 F.3d 812 (7th Cir. 2008); *Bennett v. Frank*, 395 F.3d 409 (7th Cir. 2005); *Gibson v. Kronzer*, No. 93-1987, 1995 U.S. App. LEXIS 7814 (7th Cir. Apr. 5, 2015); *Hamilton v. Dart*, 13 C 1053, 2013 U.S. Dist. LEXIS 43171 (N.D. Ill. Mar. 27, 2013); *Douglas v. Aramark*, No. 1:09-cv-00912-LJM-TAB, 2009 U.S. Dist. LEXIS 113381 (S.D. Ind. Dec. 2, 2009); *Weissenberger v. Watters*, 07-C-415-C, 2007 U.S. Dist. LEXIS 57595 (W.D. Wis. Aug. 3, 2007); *Riley v. Doyle*, 06-C-574-C, 2006 U.S. Dist. LEXIS 75526 (W.D. Wis. Oct. 16, 2006).

The district court erred in equating a purported tradition of amateurism –

neither enumerated nor recognized as an exception to the FLSA, but rather

defined and applied at the whim of the NCAA as discussed in the Br. and Short App.

of Plaintiff-Appellants, at 13-16 – to an economic reality dictated by the

13th Amendment's specific and solitary allowance for unpaid involuntary servitude

of prisoners.

"Traditions" that are not codified in federal law have a dubious record as

legitimate bases for maintaining *status quo* denial of rights or protections in lieu of

searching analyses.  This has been most apparent in matters implicating the

14th Amendment.  But it has also been true under the FLSA; for example, until the

recent, rising tide of intern litigation, most internships had been unpaid based upon

"tradition," rather than the application of developed facts to an employee test.

Defense counsel's argument to extend the rationale for dismissal in *Vanskike*

in order to preclude a routine fact-intensive inquiry to determine employee status of

NCAA student athletes is frivolous.

---

In fact, the Western District of Wisconsin *twice* permitted FLSA complaints filed by the same detainee, against different private and public defendants, to proceed through discovery, only disposing of both cases at summary judgment.  *George v. SC Data Ctr.,* 884 F. Supp. 329 (W.D. Wis. 1995), and *George v. Badger State Indus. (BSI)*, 827 F. Supp. 584 (W.D. Wis. 1993).

### A.   Neither *Sec'y of Labor v. Lauritzen* Nor *Callahan v. City of Chi.* Support Dismissal; Both Were Decided on Summary Judgment After Application of Developed Facts to An Employee Test

Neither *Sec'y of Labor v. Lauritzen*, 835 F.2d 1529 (7th Cir.1987) nor *Callahan v. City of Chi.*, 78 F. Supp. 3d 791 (N.D. Ill. 2015), *aff'd*, 813 F.3d 658 (7th Cir. 2016) support dismissal. Both were decided on summary judgment after application of developed facts to an employee test.

In *Lauritzen*, the result was a finding of employee status for migrant workers.

In *Callahan*, the result was a finding that an independent taxicab driver, who did not drive a taxicab owned or provided by the city, was not a city employee:

> Licensure, equipment, and other requirements for taxicabs are set by the City and determine the physical environment in which cab drivers work. The City also regulates taxi drivers directly through licensure, eligibility, and conduct requirements that are specific to them. In addition, taxicab drivers must follow certain rules regarding how they obtain and transport passengers. But controlling or regulating how taxicabs are operated is not the same as providing, or undertaking to provide, transportation by taxicab. The City does not perform the latter role.

78 F. Supp. 3d at 802-3.

In *Callahan*, Chicago was not in the business of transportation by taxicab, and the municipal commerce code no more granted the city the "right to control and direct the work" of independent taxicab drivers than it could, or did, other small business operators.

There is simply no comparison to the big business of NCAA-regulated sports.

But, in any event, *Callahan* further demonstrates that a determination of employee status requires the application of developed facts to an employee test.

## II.   Under the FLSA, All Employee Tests Examine Economic Realities; Criteria Are Adaptable to Fit Particular Contexts and Aimed at the Substance of Classifications Under the FLSA, Not Labels

Under the FLSA, *all* employee tests "seek[] to determine the economic reality of the nature of the working relationship." *Lauritzen*, 835 F.2d at 1534; *also Glatt v. Fox Searchlight Pictures, Inc.*, 791 F.3d 376, 384 (2d Cir. 2015), *modified*, 811 F.3d 528 (2d Cir. 2016).

In order to assist in determining this economic reality, courts develop criteria, which are flexible, and adaptable to fit particular contexts.

Importantly, criteria are aimed at the *substance* of different classifications under the FLSA – *e.g.*, employee (covered), independent contractor (not covered), or volunteer (not covered) – and are neither specific to, nor constrained by, labels.

For example, in *Callahan*, 813 F.3d at 662, this Court noted that, "*Lauritzen designed* its list to help courts choose between characterizing migrant laborers as employees or as independent contractors." (emphasis supplied)

The label "migrant laborer" had no bearing on the *substance* of the analysis in *Lauritzen*. Only facts and context mattered. Indeed, at the same time the *Lauritzen* Court classified migrant laborers as employees, it recognized that "factual distinctions" had led the Sixth Circuit to, instead, classify migrant laborers as independent contractors, not employees, in *Donovan v. Brandel*, 736 F.2d 1114 (6th Cir. 1984). *Lauritzen*, 835 F.2d at 1536.

Similarly, in *Glatt*, 791 F.3d at 383, defendants urged the Second Circuit to adopt a "primary beneficiary test that considers the totality of the circumstances in accordance with how we [the Second Circuit] decide whether individuals are

employees in other circumstances." The Second Circuit did so, noting employment under the FLSA is "a flexible concept to be determined on a case-by-case basis by review of the totality of the circumstances," and a primary beneficiary test, "accords courts flexibility to examine the *economic reality* as it exists" in a particular context – in *Glatt*, between the intern and the employer. *Id.* at 384. (emphasis supplied)

The Second Circuit further noted the "non-exhaustive set of considerations" that it adapted to fit the particular context in *Glatt* was similar to factors adapted in "somewhat analogous contexts … to aid courts in determining whether a worker is an employee for purposes of the FLSA." *Id.*

The label "intern" had no bearing on the *substance* of the analysis in *Glatt*, which was aimed at determining employee status – not intern status, which is not a FLSA classification – by differentiating academic or educational experiences from compensable work.

Indeed, in cases adopting the primary beneficiary test articulated in *Glatt* in the Eleventh Circuit and the Northern District of Illinois, the context has been schools, not corporate America, and the question has been the existence of an employer-employee relationship between students and the school. *See, e.g.*, *Schuman v. Collier Anesthesia, P.A.*, 803 F.3d 1199 (11th Cir. 2015) (nursing college); *Hollins v. Regency Corp.*, No. 13 C 07686, 2015 U.S. Dist. LEXIS 145813 (N.D. Ill. Oct. 27, 2015) (cosmetology school).

Here, although the district court did not go as far as the Northern District of Illinois in *Hollins* and adopt the primary beneficiary test articulated in *Glatt*, the district court did praise this test. A. 38-42, Op. at 11-15. The district court did **not** conclude, as defense counsel *now* urge, that the primary beneficiary test is/be limited in application to persons labeled "interns."

The relevant point is that there is no more any "intern" test under the FLSA than there is any "migrant laborer" test. *There are only employee tests*.

Because defense counsel continue to insist that NCAA-regulated sports are part of an "educational program," there does not appear to be any employee test better suited than the primary beneficiary test articulated in *Glatt* to differentiate academic or educational experiences from compensable work.

But, in any event, some employee test "accord[ing] flexibility to examine the economic reality as it exists" in this particular context, *Glatt*, 791 F.3d at 384, must be applied to developed facts.

Defense counsel's suggestion that the *substance* of any employee test under the FLSA is to confer, or confirm, "labels" – other than the classification of employee, independent contractor, or volunteer – is frivolous. So, too, is their assertion that Plaintiff-Appellants somehow "waived any argument that the Amended Complaint states facts sufficient to satisfy the economic reality standard" – again, under the FLSA, *all* employee tests examine economic reality.

Defense counsel's assertion that Plaintiff-Appellants' have not sufficiently alleged that defendant colleges are the "primary beneficiary" in their relationship is similarly disingenuous.  This assertion is not only contradicted on the face of the Amended Complaint – referencing the multi-millions of dollars, indeed billions, generated by marketing the performance of NCAA student-athletes and shared by defendants, and the use of NCAA-regulated sports in promotional, commercial and fundraising appeals made by defendant schools, A. 12, 15, Am. Compl. ¶¶ 21, 54 – *but* also by Plaintiff-Appellants' argument that the *primary beneficiary* test articulated in *Glatt* ought to be adopted, and demonstration, even at this stage, that this *primary beneficiary* test suggests employee status for NCAA student athletes. *See, e.g.*, Br. and Short App. of Plaintiff-Appellants, at 27 n.11.

### III. Defense Counsel's Argument That Non-Payment, *Alone*, Precludes Employee Status Is Not Only Contrary to Well-Settled Law, But Also Circular, Effectively Permitting Employers to Unilaterally Opt Out of FLSA Coverage

For reasons discussed in the Br. and Short App. of Plaintiff-Appellants at 13, defense counsel's argument that non-payment, *alone*, precludes employee status is plainly contrary to well-settled law under the FLSA.

Rather than repeat all those reasons here, plaintiff counsel simply notes that the Southern District of New York's opinion in *Glatt v. Fox Searchlight Pictures Inc.*, 293 F.R.D. 516, 534 (S.D.N.Y. 2013), *vacated in part on other grounds*, 791 F.3d 376 (2d Cir. 2015) – citing Supreme Court precedent for the proposition that non-payment, *alone*, "adds little, because the FLSA does not allow employees to waive their entitlement to wages" – is consistent with this Circuit's recognition in *Lauritzen* that,

9

in an employee test under the FLSA, "no criterion is by itself, or by its absence, dispositive or controlling." *Lauritzen*, 835 F.2d at 1534.

Indeed, the suggestion that non-payment, *alone*, precludes employee status under the FLSA is entirely circular, as it would effectively permit employers to unilaterally opt out of FLSA coverage by not offering, or providing, compensation in the first instance or at any time. This is not only contrary to well-settled law under the FLSA, *see, e.g.*, *Tony & Susan Alamo Found v. Sec'y of Labor*, 471 U.S. 290, 301, 105 S. Ct. 1953, 85 L. Ed. 2d 278 (1985), but also nonsensical as such preclusion, *if true*, moots much, if not all, FLSA misclassification litigation, notably unpaid intern cases.

In fact, all but one case cited by defense counsel for this argument arise under Title VII, **not** the FLSA.

Title VII analysis is irrelevant, here, because:

> The Seventh Circuit has recognized that the definition of an "employee" for Title VII purposes is not the same definition for FLSA purposes and that "the definition of 'employee' is given a broader interpretation under the FLSA than under Title VII." *Knight v. United Farm Bureau Mut. Ins. Co.,* 950 F.2d 377, 380 (7th Cir. 1991).

*Strom v. Strom Closures, Inc.*, No. 06 C 7051, 2008 U.S. Dist. LEXIS 90663, at *7-8 (N.D. Ill. Nov. 7, 2008).

The lone FLSA case cited by defense counsel for the proposition that "employee" does not include "individuals 'who, without any express or implied compensation agreement, might work for their own advantage on the premises of another" – *Emanuel v. Rolling in the Dough, Inc.*, No. 10 C 2270, 2012 U.S. Dist. LEXIS 166206

10

*10-11 (N.D. Ill. Nov. 21, 2012) – involved a plaintiff who *volunteered* at a pizzeria managed by her boyfriend and domestic partner *after* the pizzeria owners declined to hire her, pursuant to company nepotism policy, and expressed that, "[her] talents can be better utilized somewhere else."  In any event, *Emanuel* was decided on summary judgment.

### IV. Legal Rules of *Noscitur a Sociis* and *Ejusdem Generis*, and Defendant Colleges' Own Policies, Conduct and Statements, Support Distinction Between Student-Run Groups Listed in DOL Field Operations Handbook § 10b03(e) and NCAA-Regulated Sports

#### A. The District Court Acknowledged That § 10b03(e) Is Not Dispositive, and Is Not Controlling Upon the Courts; § 10b03(e) Did Not, and Cannot, Sustain Dismissal

The district court acknowledged that, "§ 10b03(e) is not dispositive of the issue" of the existence of an employer-employee relationship between colleges and NCAA student athletes.  A. 44, Op. at 17.

§ 10b03(e) did **not** form the basis of the district court's dismissal; as discussed, *supra*, the district court relied, in error, on *Vanskike*.

The district court recognized that, "[i]n *Skidmore [v. Swift & Co.*, 323 U.S. 134 (1944)], the Supreme Court established the rule that nonregulatory guidelines of agencies such as the DOL [are] 'not controlling upon the courts,'" indeed "'lack[] power to control.'" A. 38, Op. at 11 n.11.

Thus, § 10b03(e) **cannot** form the basis for *any* dismissal.

### B.    At A Later Stage of Litigation, § 10b03(e) Could Be *Persuasive*, But Only on Evidence of *Skidmore* Factors and Not In Lieu of Application of Developed Facts to An Employee Test

The district court recognized DOL Field Operations Handbook guidelines could persuade "'depend[ing] upon the thoroughness evident in [DOL] consideration, the validity of its reasoning, its consistency," *i.e.*, *Skidmore* factors.  A. 38, Op. at 11 n.11.

Indeed, in the absence of any evidentiary record of *Skidmore* factors relevant to § 10b03(e), it is doubtful that § 10b03(e) could be at all persuasive in the instant case.

Even if, *arguendo*, there were any evidentiary record of *Skidmore* factors – and there is not – the Second and Eleventh Circuits, and Northern District of Illinois, demonstrate that because a DOL Field Operations Handbook guideline "is not a regulation and it did not arise as a result of rule-making or an adversarial process," comparable to an adjudicative process, *Skidmore* deference is no substitute for the application of developed facts to the primary beneficiary test articulated by the Second Circuit in *Glatt*. *Schuman*, 803 F.3d at 1209 (appeal of summary judgment in 11th Cir., remanded); *Hollins*, 2015 U.S. Dist. LEXIS 145813 at *17 n.7, 22 (on motion for summary judgment in N.D. Ill.); also *Glatt*, 791 F.3d at 383-85 (appeal of summary judgment in 2d Cir., remanded).

**C.     § 10b03(e)'s *Limited* Power to Persuade Is Further *Limited* to the Listed Student-Run Groups; § 10b03(e) Does Not Include NCAA-Regulated Sports, or Work Study, Strictly Supervised By Full-Time, Well-Paid College Staff**

It is well-settled that "the employer's right to control is the 'most important' consideration in ascertaining the existence of an employer-employee relationship." *Love v. JP Cullen & Sons, Inc.*, 779 F.3d 697, 703 (7th Cir. 2015). "If an employer has the right to control and direct the work of an individual, not only as to the result to be achieved, but also as to the details by which that result is achieved, an employer-employee relationship is likely to exist." *Id.*

This bedrock principle of labor law distinguishes student-run groups listed in § 10b03(e) – dramatics, student publications, glee clubs, bands, choirs, debating teams, radio stations, intramural athletics and interscholastic **club** sports – from NCAA-regulated sports, and work study, strictly supervised by full-time, well-paid college staff employed to so supervise and from which the college derives immediate, meaningful benefit. *See, e.g.*, Statement of Issues III; Br. and Short App. of Plaintiff-Appellants, at 17-27.

In fact, student-run interscholastic **club** sports predate NCAA-regulated sports and the DOL Field Operations Handbook, *see, e.g.,* Brown University's Club Sports webpage ("Club Sports have been in existence since the early nineteenth century"), and participation in student-run interscholastic **club** sports far exceeds participation in NCAA-regulated sports. *See, e.g.*, Bill Pennington, "Rise of College Club Teams Creates a Whole New Level of Success," N.Y. TIMES, Dec. 2, 2008

(in 2008, "[a]n estimated two million college students play[ed] competitive club sports compared with about 430,000 involved in athletics governed by the National Collegiate Athletic Association and the National Association of Intercollegiate Athletics.")

### D. Defense Counsel's Insistence That § 10b03(e)'s Reference to "Interscholastic" Athletics Includes NCAA-Regulated Sports Defies Legal Construction Rules Relied Upon in This Circuit

Defense counsel's insistence that NCAA-regulated sports are included with student-run groups and interscholastic **club** sports, in spite of the manifest and absolute distinction in defendants' "right to control and direct work," defies rules of legal construction relied upon in this Circuit that epitomize the commonsense, and elementary, *Sesame Street* lesson, "one of these things is not like the other."

### 1. *Noscitur a Sociis,* *i.e.,* "It Is Known From Its Associates"

This Circuit has cautioned against the sort of reliance upon "acontextual dictionary definitions" that is urged by defense counsel, concluding, instead, that the meaning of a term is appropriately, "'narrowed by the commonsense canon of *noscitur a sociis* – which counsels that a word is given more precise content by the neighboring words with which it is associated.'" *CFTC v. Worth Bullion Grp.*, 717 F.3d 545, 550-51 (7th Cir. 2013) (quoting *U.S. v. Costello*, 666 F.3d 1040, 1046 (7th Cir. 2012) ("[A]djacent terms shed light on each other's meaning …. a light not to be found in a dictionary ….")).  Under the principle of *noscitur a sociis*, "'the fact that 'several items in a list share an attribute counsels in favor of interpreting the other items as possessing that attribute as well.'" *Id.* (quoting *Ctr. for Individual Freedom v. Madigan*, 697 F.3d 464, 496 (7th Cir. 2012)).

Here, items listed in § 10b03(e) – dramatics, student publications, glee clubs, bands, choirs, debating teams, radio stations, and intramural athletics – share the attribute of being student-run groups, which are independently run by students with minimal, or no, involvement by college staff and, therefore, lack any, or sufficient, college "control" to establish an employer-employee relationship.

In fact, *all* defendant colleges categorize dramatics, student publications, glee clubs, bands, choirs, debating teams, radio stations, and intramural athletics as student-run groups in their respective student-run group directories. *See, e.g.*, *Summary Exhibit* Defendant Websites | Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports, including hyperlinks to student-run group directories. A. 388-418.

The application of *noscitur a sociis* results in the commonsense interpretation of "interscholastic athletics" to mean interscholastic **club** sports, categorized by *all* defendant colleges as student-run groups, *but* not NCAA-regulated sports, which are **not** similarly categorized. *Id.*

### 2. *Ejusdem Generis, i.e.,* "Of the Same Kind"

*Ejusdem generis* "is designed to aid in the interpretation of general words which follow a specific word or words and are construed to embrace objects similar in nature." *Hartford Acci. & Indem. Co. v Crider*, 392 F. Supp. 162, 170 (N.D. Ill. 1974). "The general word is not to be construed in its broadest sense but is to be held to apply to things of the same kind or class as specifically mentioned; that is: in a more restricted sense." *Id.*

In *Hartford Acci. & Indem. Co.*, the court noted that the word at issue, "has both a broad and narrow definition," but concluded, "the word's meaning may not be taken in isolation; its denotation must be ascertained by looking to the preceding language." *Id.*

Similarly, in *U.S. v. Sriram*, 147 F. Supp. 2d. 914, 945 (N.D. Ill. 2001), the court noted, "there are times that the word 'offense' may connote a civil violation," but concluded it should be construed narrowly, "to apply to the same type of violation as the specifically enumerated violations that precede … to criminal violations and not civil law breaches."

In interpreting a list of terms, application of *ejusdem generis* – similar to application of *noscitur a sociis* – requires identification of, "at least one common feature, relevant to the present inquiry, which the [preceding] specific terms share in common." *U.S. v. Security Mgmt. Co.*, 96 F.3d 260, 262-63 (7th Cir. 1996).

Here, again, the specific terms preceding "interscholastic athletics" in § 10b03(e) – dramatics, student publications, glee clubs, bands, choirs, debating teams, radio stations, intramural athletics – share the common feature of being student-run groups, and are so categorized by *all* defendant colleges in their respective student-run group directories.

So, application of *ejusdem generis* also results in commonsense interpretation of "interscholastic athletics" to mean interscholastic **club** sports, categorized by *all* defendant colleges as student-run groups, *but* not NCAA-regulated sports, which are **not** similarly categorized.

16

### E.   Defense Counsel's Insistence That § 10b03(e)'s Reference to "Interscholastic" Athletics Includes NCAA-Regulated Sports Is Contradicted by Their Clients' Own Policies, Conduct and Statements

Perhaps more damning than the fact that defense counsel's argument defies commonsense rules of legal construction is that it is contradicted by their client's own policies, conduct and statements.

As with NCAA Bylaws, neither defendant colleges, nor defense counsel, can feign ignorance of defendant colleges' own policies, conduct and statements.

Defendant colleges maintain public websites which demonstrate that defendants, by their policies, conduct and statements, understand and acknowledge: (1) interscholastic **club** sports are student-run groups; *but* (2) NCAA-regulated sports are neither student-run groups, nor similar to student-run interscholastic **club** sports. *See, e.g.*, *Summary Exhibit* Defendant Websites | Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports, including hyperlinks. A. 388-418.

For example:

**Boston University**

> Varsity sports [*i.e.*, NCAA sports] must follow NCAA and ACC rules and regulations. Practices and games are mandatory and travel is required to play other universities …. Also, varsity sports usually require a full year commitment ….
>
> A club sport is a student-run organization …. Club sports generally practice multiple times per week and travel to compete against other colleges and universities, but they are not part of the NCAA or ACC.  Although many have coaches, the team officers and athletes are responsible for all aspects of team management including scheduling games and practices, managing finances, selecting coaches, and making travel plans.

**George Washington University**

Club Sports are registered student organizations established by students ….

Students in each club are responsible for the internal organization and conduct of their club activities …. The management and organization of a Club Sport is an educational experience providing many challenges for students such as; writing their own constitution and by-laws, conducting club meetings, establishing dues to offset club expenditures, planning fund raising projects, coordinating practices, competition and special events, participating in community service projects, publicizing club events ….

Club Sports should not be mistaken for an intercollegiate sport administered by the Department of Athletics & Recreation [*i.e.*, a NCAA sport]. In a club, the members assume the organizational and management responsibilities.

*****

A number of GW's club teams compete regionally and nationally.

**Lafayette College**

Varsity sports [*i.e.*, NCAA sports] are sponsored by the College and funded through the operating budget, NCAA funding, revenue generated through various events, and gifts from generous donors. Sports clubs are not sponsored by the college, but by Student Government in response to student interest and initiative. The primary sources of funding for sports clubs are student activity fees (distributed at the discretion of Student Government), sport club member dues, fundraising activities, and gifts from generous donors. Unlike varsity sports, sport clubs are student-run organizations who decide for themselves their level of competitiveness, whether or not they will hire a coach or instructor, how often they will practice, and if they will continue to exist at all ….

[Sport clubs] participate in competitions with clubs from other institutions (in many cases as a member of a specific league), and others enter a variety of weekend tournaments.

## Lehigh University

[T]he intention is to offer club competition at the highest level and student commitment, including expanded practice and extramural competitions on a regular and formal basis within the club sport model ….

The primary differences between Club Sports and Varsity Intercollegiate Sports [i.e., NCAA sports] are the funding sources associated with participation and the wide range of commitment levels regarding time and competitiveness. At the intercollegiate level, the institution has made the commitment to sponsor the sport under NCAA and Patriot League Division I guidelines. A Club Sport is one that is initiated and must be sustained by student interest. The club is self-directed under the Club Sports guidelines with a combination of resources from student senate funds, dues and/or their own fundraising initiatives.

## Marist College

Club Sports at Marist College compete on an intercollegiate level, but they do not compete under the NCAA guidelines. Each club sport has head and assistant coaches and is completely student run. Club presidents, vice presidents, secretaries, and treasurers are elected on an annual basis and are responsible for the scheduling of all practices and games, the ordering of all equipment and uniforms, and all other organizational tasks that are necessary for a club sport team to function on an intercollegiate level.

## Princeton University

Sport Clubs are open to all Princeton University students of any skill level and offer the opportunity to compete with other colleges throughout the Northeast and nationally.

*****

Sport Clubs are student initiated and student-governed. Clubs compete with other collegiate clubs and organizations but are not to be confused with varsity athletics [*i.e.*, NCAA sports]. Varsity teams are subject to NCAA and conference rules, have paid full time coaches, and generally require a higher level of commitment for participation.

## University of Richmond

Participation in sport clubs is a learning experience for the members through their involvement in the administration, organization, budgeting, scheduling, fund-raising, and public relations ….

A sport club is a student organization …. Clubs compete with other clubs, organizations, colleges, and universities but should not be confused with a varsity sport administered by the Athletic Department [*i.e.*, a NCAA sport]. Varsity teams must follow NCAA rules and regulations, are usually fully funded, have paid coaches and athletic trainers, practices and competitions are mandatory, and today's varsity sports usually require a full year commitment. Sport clubs often compete with other universities but are not affiliated with the NCAA, the majority of their funds are self-generated, coaches are often volunteers, and the organization and administration of the club is determined by the club officers.

## Seattle University

Sport Clubs are student-run organizations ….

[Sport Clubs] offer the opportunity to compete with other colleges throughout the state, region and nation ….

Sport Clubs differ from [NCAA] athletics in that Sport Clubs are student run organizations, are typically not scholarship-based, and are completely voluntary in nature. Unlike [NCAA] athletics, Sport Clubs are responsible for their own administration and for many of their own expenses.

**Seton Hall University**

Club sports are funded through player dues and the fund raising efforts of their respective members. The teams practice regularly and participate in extramural competition.

Although the club sport program is overseen by the Department of Athletics and Recreational Services, the teams should not be mistaken for the intercollegiate sports that are also supported by the department [*i.e.*, NCAA sports]. In a club, the members assume the financial responsibilities and assist in organization. There are no athletic scholarships available for club sport participants.

*****

Students in each club are responsible for the internal organization and conduct of their club activities …. The management and organization of a club sport is an educational experience providing many challenges for students, such as: writing their constitution and by-laws, conducting club meetings, establishing dues to offset club expenditures, planning fund raising projects, coordinating practices, competition and special events, publicizing club events ….

Indeed, as **Mount St. Mary's University** notes:

[Club Sports] Teams at the Mount are run by a group of student leaders. Their responsibilities include working alongside a coach / advisor, handling finances, scheduling practices/games, completing fundraising / community service activities, and more. As this list indicates, running a club sports team is a lot like running your own business.

Mount St. Mary's likening of running an interscholastic **club** sport team to

"running your own business" makes the point: student-run groups are not business

units of the college, and do not have employer-employee relationships with the college

– *but*, work study and NCAA-regulated sports are both integrated into business units of the college and both do have employer-employee relationships with the college.

NCAA-regulated sports are obviously not managed at the discretion of student participants, but rather are managed at the discretion of full-time, well-paid college staff enforcing both the myriad of NCAA Bylaws and athletic department rules that subject NCAA student athletes to stricter regulation of academic and personal choices than other students. *See* Br. and Short App. of Plaintiff-Appellants, at 21-23, citing the NLRB hearing testimony of former Northwestern University quarterback Theodis Kain Colter, *In re Northwestern Univ. and CAPA*, Case No. 13-RC-121359, NLRB, Feb. 18, 2014, Ex. B to Pls.' Third Notice of Supplemental Authority (R. 230). A. 87-381.

Still, defense counsel disingenuously equate rules governing student-run interscholastic **club** sports to NCAA-based rules.

To the extent there is any debate, or doubt, regarding the relative degrees of college "control" of student-run groups, work study, and NCAA-regulated sports, such fact questions and disputes, of course, preclude dismissal.

This said, even at this preliminary stage before there has been discovery, it is, again, clear that the myriad of NCAA Bylaws and the bureaucracy of compliance officers on each defendant college's full-time staff who are responsible to, and report back to, the NCAA subject NCAA student athletes to the strictest control on campus. *See, e.g.*, the NCAA Compliance Assistant ("The Compliance Assistant program is a tool designed to help administrators ensure that their athletic department and

student-athletes are in compliance with NCAA legislation. In addition to applying
NCAA legislation in the areas of financial aid, eligibility, recruiting, athletics
personnel and playing and practice seasons, it is a data-collection system that can
be used to generate NCAA-required forms and other forms created by the user.");
NCAA Major Infractions Database (including NCAA investigations and penalties
reported on by national media).  There is no analogous system of college control
related to work study, let alone student-run groups.

By contrast, defendant colleges – indeed, anyone familiar with campus life –
understand that rules governing all student-run groups, including interscholastic
**club** sports, merely limit the discretion of student-run group members in managing
their business affairs based on campus norms.  Rules are not zero-sum, *i.e.*, it is not
the case that the presence of *any* rules limiting discretion grants control over a
group such that only the absence of *any* rules allows for self-governance.  Such rules
no more grant colleges "the right to control and direct work" of student-run groups
than, for example, the municipal commerce code in *Callahan*, 78 F. Supp. 3d at 802-3,
granted Chicago the right to control and direct work of independent taxicab drivers or
other small business operations.

In fact, if defense counsel continue to insist that interscholastic **club** sports
are as "controlled" as NCAA-regulated sports, such insistence does not argue against
existence of an employer-employee relationship regarding NCAA student athletes,
but instead argues for existence of such a relationship between defendant colleges
and interscholastic **club** sports athletes, *too*.

Defense counsel's insistence that NCAA-regulated sports are the same as student-run groups and interscholastic **club** sports is neither factually, nor rationally, supported by the actual policies, conduct and statements of their clients. In effect, defense counsel is appealing to this Court to credit an argument that their clients do not even believe.

## V.     "Respective" Employers Can Be Joint Employers Based on Factual Evidence of Sufficient Shared Control

Defense counsel, again resorting to sophistic reliance upon the dictionary, insist that mere reference to "respective" employers precludes joint employment. But, as the Second Circuit noted in *Barfield v. N.Y. City Health & Hosps. Corp.*, 537 F.3d 132, 148 (2d Cir. 2008), "even when one entity exerts 'ultimate' control over a worker [in *Barfield*, one, or a combination of, "respective referral agencies"], that does not preclude a finding that another entity [in *Barfield*, a hospital] exerts sufficient control to qualify as a joint employer under the FLSA." *Cf. Western Ill. Home Health Care v. Herman*, 150 F.3d 659 (7th Cir. 1998) (referring to, but not ruling on, an agency finding of joint employment requiring defendants to account for the time of "their respective employees").

Joint employment, like employee status, is a fact-intensive inquiry and, thus, is not ripe for determination, before discovery, upon a motion to dismiss. *See* Statement of Issues VI; Br. and Short App. of Plaintiff-Appellants, at 21-23.

Defense counsel cannot feign ignorance of, or discount, Plaintiff-Appellants' uncontested, factual references to NCAA Bylaws, which track indicia of joint control and employment set forth in *North American Soccer League v. NLRB*, 613 F.2d 1379, 1382 (5th Cir. 1980), *e.g.*, shared control over essential aspects of labor relations, including but not limited to selection, retention, and termination of the players, the terms of individual player contracts, dispute resolution and player discipline. *See* Br. and Short App. of Plaintiff-Appellants, at 28-34.

It is entirely disingenuous for defense counsel to suggest that such a substantial factual record of defendants' own policies, comparable to a recognized example of joint employment in a sports league, nonetheless fails to clear the very low hurdle at the motion to dismiss stage because of mere reference to "respective" employers.

## VI.    This Is A Case of First Impression Under the FLSA

All but one of the cases cited by defense counsel for the overbroad assertion that courts have concluded that NCAA student athletes are not employees have arisen in state court under assorted state workers' compensation statutes or traditional agency law principles – **not** the FLSA.

This Circuit has recognized that the FLSA "'stretches the meaning of 'employee' to cover some parties who might not qualify as such under … traditional agency law principles.'" *Reyes v. Remington Hybrid Seed Co., Inc.,* 495 F.3d 403, 408 (7th Cir. 2007) (quoting *Nationwide Mut. Ins. Co. v. Darden,* 503 U.S. 318, 326, 112 S. Ct. 1344, 117 L. Ed. 2d 581 (1992)).

The lone, 35 year old FLSA case cited by defense counsel – *Marshall v. Regis Educ. Corp.*, 666 F.2d 1324 (10th Cir. 1981) – contains no searching analysis of the employee status of NCAA student athletes under the FLSA.  Instead, on appeal from summary judgment, the court rejected the claim of employee status for residential advisors (RAs) and assumed, without much explanation, that "athletes," too, were not employees.  *Id.* at 1328.

The district court, here, did not rely upon any of these cases in its opinion.[2]

## A.     There Is No Amateurism Exception to the FLSA

For reasons thoroughly discussed in the Br. and Short App. of Plaintiff-Appellants at 13-16, there is no amateurism exception either enumerated or defined in the FLSA, let alone incorporation into the FLSA of NCAA-defined amateurism rules that historically have not been consistent in content or application.

As discussed in Section III, *supra,* regarding defense counsel's argument that non-payment, *alone*, precludes employee status under the FLSA, it is apparent that no employer-defined concept of amateurism, or volunteerism, is – or could be – given deference or employers could effectively, and unilaterally, opt out of FLSA coverage.

Amateurism is irrelevant, and is not a valid defense, in this case.

All of the cases cited by defense counsel for the proposition that "courts have recognized and protected the amateur status of college athletics" are antitrust cases, applying antitrust analyses that are inapplicable here.

---

[2]     The district court also did not rely upon any of the handful of "property interest" cases cited by defense counsel related to challenges to institutional decisions to cut athletic teams or scholarships, student athlete dismissal from a team, or NCAA imposition of sanctions upon an institution.

If any further response to defense counsel's inapt reference to *O'Bannon v. NCAA*, 802 F.3d 1049 (9th Cir. 2015) were necessary – and it should not be – plaintiff counsel incorporates Pls.' Fourth Notice of Supplemental Authority (R. 236), A. 382-387:

> *O'Bannon* only addresses compensation for use of [Names, Images, Likenesses] NIL, akin to licensing, and **not** compensation for labor performed, the issue here.
>
> ….
>
> [T]he Ninth Circuit had specific concerns that the $5,000 NIL deferred annual fee could be challenged as undervaluing market rates for student athlete NILs, and that such *true* market rates for student athlete NILs could be comparable to semi-professional levels of compensation. In the Court's opinion, once such a $5,000 NIL deferred annual fee is permitted, "we see no basis for returning to a rule of amateurism and no defined stopping point; we have little doubt that plaintiffs will continue to challenge the arbitrary limit imposed by the district court until they have captured the full value of their NIL.  At that point the NCAA will have surrendered its amateurism principles entirely and transitioned from its 'particular brand of football' to minor league status." *Id.* at 61-62.
>
> Consider that, in trial, Joel Linzner, a vice president for videogame maker Electronic Arts ("EA") – producer of the popular Madden NFL, NBA Live and NHL videogame franchises – testified:
>
>> [EA Sports] negotiates with groups of professional athletes for licenses to use their names, images, and likenesses.  EA would be interested in acquiring the same rights from student-athletes in order to produce college sports-themed videogames, if it were permitted to do so.
>
> *O'Bannon*, 7 F. Supp. 3d 955, 970 (N. D. Cal 2014).

The *true* market rates for student athlete NILs – the "full value of their NIL" – is several thousand dollars more than the district court's $5,000 NIL deferred annual fee, not to mention premiums to compensate those student athletes featured on videogame covers and/or in related advertisements.

Here, there is **no** comparable potential for the minimum-wage scale, applied to students in work study programs, to become a "slippery slope" into semi-professional levels of compensation.

….

Inclusion in work study systems applicable to fellow students **cannot** be said to erode amateurism. In fact, student athletes are permitted, by the NCAA and its members, to participate in traditional work study jobs in their respective offseason during the regular academic session, when NCAA CARA are reduced to 8 hours per week, and during the summer, when there are no NCAA CARA, and student athlete participation as counselors for college sports camps during the summer is considered a work study job.

Moreover, the district court's $5,000 NIL deferred annual fee could never have assisted *enrolled* student athletes with any expense incurred as part of, or incident to, their education because it was to be distributed *after student athletes left college*.

Here, minimum-wage scale compensation from inclusion in work study systems would be available to student athletes on the same terms, *and at the same time during enrollment*, as for fellow students "to help pay education expenses." *See, .e.g.,* Federal Student Aid, An Office of the U.S. Department of Education, "Federal Work-Study jobs help students earn money to pay for college or career school," at https://studentaid.ed.gov/sa/types/work-study.

## CONCLUSION

For all the foregoing reasons, the district court's decision should be vacated and the case remanded for further proceedings, with instructions requested by Plaintiff-Appellants and such other relief as the Court deems proper.

Dated: June 16, 2016     Respectfully submitted,

           s/ Paul L. McDonald     

          Counsel for Plaintiff-Appellants

          Paul L. McDonald
          P L MCDONALD LAW LLC
          1800 JFK Boulevard, Suite 300
          Philadelphia, PA 19103
          (267) 238-3835

## CERTIFICATE OF COMPLIANCE

I, Paul L. McDonald, hereby certify that Plaintiff-Appellants' Reply Brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), because this reply brief contains 7,000  words, excluding the parts of the reply brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

s/ Paul L. McDonald

Paul L. McDonald
P L MCDONALD LAW LLC

Counsel for Plaintiff-Appellants

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff-Appellants hereby certifies that on

June 16, 2016, a true and correct copy of the foregoing Plaintiff-Appellants'

Reply Brief and Supplemental Appendix was served on counsel by filing via the

CM/ECF system, which will send an email notice to registered parties.

 s/ Paul L. McDonald

Paul L. McDonald
P L MCDONALD LAW LLC

Counsel for Plaintiff-Appellants

**PLAINTIFF-APPELLANTS' SUPPLEMENTAL APPENDIX**

**TABLE OF CONTENTS**

*Summary Exhibit*
Defendant Websites | Student-Run Interscholastic Club Sports *v.*
NCAA-Regulated Sports …………………………………………….... A. 388-418

**Defendant Websites**
## Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports

| | |
|---|---|
| **ABILENE CHRISTIAN UNIVERSITY** | **AMERICAN UNIVERSITY** |

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Special Interests" and grouped with **Intramural Sports**:

"We offer a Champ League for the more competitive athlete, as well as a Rec League if you prefer a more fun atmosphere. Several teams have competed in regional tournaments, each proving ACU's impressive athleticism versus programs from much larger universities."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** grouped with Intramural Sports.

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"Each club is formed, developed, governed, and administered by the student membership of that particular club…. Club Sports are governed by the rules and regulations established for all recognized student organizations on the American campus …."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

| | |
|---|---|
| **BAYLOR UNIVERSITY** | **BELMONT UNIVERSITY** |

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Spirit/Sport," and on a **Club Sports webpage**.

The **Sport Club Manual**, at 2, states:

"Sport Clubs are student run and student led, so the key to its success lies in the degree of student leadership and participation. Students within each club are responsible for the internal administration of their club to include decision making in such areas as equipment, facilities, finances, game schedules, membership, practices, and safety."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports Clubs."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory.

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| BETHUNE-COOKMAN UNIVERSITY | BOSTON COLLEGE |
|---|---|
| No information about Interscholastic Club Sports. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** and on a **Club Sports webpage**. |
| NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**. | **Club Sports FAQ** state: |
| | "Varsity sports [i.e., NCAA sports] must follow NCAA and ACC rules and regulations. Practices and games are mandatory and travel is required to play other universities …. Also, varsity sports usually require a full year commitment …. A club sport is a student-run organization …. Club sports generally practice multiple times per week and travel to compete against other colleges and universities, but they are not part of the NCAA or ACC.  Although many have coaches, the team officers and athletes are responsible for all aspects of team management including scheduling games and practices, managing finances, selecting coaches, and making travel plans." |
| | NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

| BOSTON UNIVERSITY | BRADLEY UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed on a **Club Sports webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** and on a **Club Sports webpage**: |
| "We have 34 different student-run club sports teams. Some play casually for the fun of it. Others practice regularly for intercollegiate and tournament competition." | "The term Club Sports, at Bradley University, is used to identify registered student organizations which exist to provide opportunities for members to engage in various sporting and recreational activities.  These clubs vary in the ways in which their participation occurs. Some are competitive in nature and include a schedule of contests against clubs representing other colleges and universities.  While similar, in some ways, to varsity teams, these club sports do not have varsity status." |
| NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage. | NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| BRIGHAM YOUNG UNIVERSITY | BROWN UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "BYUSA - Athletic/Recreation," and on an **Extramural Sports webpage**. <br><br> NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Extramural Sports webpage. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports," and on a **Club Sports webpage**: <br><br> "A Club Sport at Brown University is a student organization derived by and sustained through the interest and leadership of students …. Club Sport teams offer an important outlet for students who seek a higher level of competition than on-campus intramurals provide, but without the rigorous time commitment of varsity sports. Club Sport teams hold practices on or around campus and compete against other schools both on and off campus." <br><br> The **Club Sports Philosophy & Mission Statement** further states: <br><br> "[T]he structure, organization, and execution of each Club Sport's practices and competitions are primarily the responsibility of students …. Most of our teams compete extensively in extramural competition, and many hold memberships in athletic conferences." <br><br> NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |
| **BRYANT UNIVERSITY** | **BUCKNELL UNIVERSITY** |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory,** under categories "Sports Clubs" and "Special Interest Groups," and on a **Recreation \| Club Sports webpage**. <br><br> The **Club Sports Handbook**, at 4, states: <br><br> "Club Sports … bridge[] the gap between existing intramural sports and intercollegiate programs …. Club Sports are Bryant University recognized student organizations that establish their own leadership, structure, membership requirements, competition schedules, dues, and fundraising events." <br><br> NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Recreation \| Club Sports webpage. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**: <br><br> "You can enjoy the recreational, instructional, or competitive atmosphere of sports without the commitment of a varsity program.  These clubs are run by students for students …." <br><br> NCAA-regulated Sports are **not** listed in the Student Organization Directory,* **nor** listed on the Club Sports webpage. <br><br> * The student Bison Good Sports campaign to "promote appropriate fan conduct" is listed. Accompanying event and roster information does not reflect NCAA events or rosters. |

**Plaintiff-Appellants' Supplemental Appendix | A. 390**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| | |
|---|---|
| **BUTLER UNIVERSITY** | **CAMPBELL UNIVERSITY** |

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:

"Most club sports practice 2–3 times a week and compete on-campus and possibly regionally/nationally with other universities."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

Interscholastic Club Sports are listed on a **Club Sports webpage**.

**Club Sports FAQs** state:

"A club sport is a student-run organization, whose sole purpose is to serve as an alternative to Varsity Sports, and Intramural Sports. Basically, you are a group of students who share a love for a particular sport, but want to be more competitive than Intramurals …. Some of our clubs participate in tournaments at regional or national levels, while others only hold recreational games against surrounding schools."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

| | |
|---|---|
| **CANISIUS COLLEGE** | **CHARLESTON SOUTHERN UNIVERSITY** |

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Recreational Clubs," and on a **Club Sports webpage**.

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

No information about Interscholastic Club Sports.

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory.

| | |
|---|---|
| **COLGATE UNIVERSITY** | **COLUMBIA UNIVERSITY** |

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports and Recreation," and on a **Club Sports webpage**.

The **Department of Recreational Sports** states:

"Colgate's diverse club sports offerings … are led by student officers and most are student coached. Many clubs compete against area colleges."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:

"Club Sports are formed by groups of individuals who share a common interest in recreation and sport, who organize and collectively pursue these activities …. [T]heir activities range from informal play to regular practice or instruction, to intercollegiate and tournament competition."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| | |
|---|---|
| **CORNELL UNIVERSITY** | **CREIGHTON UNIVERSITY** |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sport Club - Competitive," and on a **Sport Clubs webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports," and on a **Sport Clubs webpage**. |
| "The sport club may be recreational, instructional, and/or competitive in nature.  Members may display a variety of skill levels and may place varying degrees of emphasis on extramural competition …. The sport club is student-initiated, administered and funded, and responsible for its own membership requirements." | NCAA-regulated Sports are **not** listed in the Student Organization Directory,* **nor** listed on the Sport Clubs webpage. |
| NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage. | * A student sports fan engagement campaign is listed. Accompanying event and roster information does not reflect NCAA events or rosters. |
| **DARTMOUTH COLLEGE** | **DAVIDSON COLLEGE** |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Intramural and Club Sports," and on a **Club Sports webpage**: |
| "Club Sports are student-run organizations that offer a wide variety of recreational activities, ranging from skill instruction to local, regional, and national club intercollegiate contests." | "[F]eatures of the Club Sport Program that make it unique are: self-motivation, self-administration, self-support and self-regulation." |
| NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| UNIVERSITY OF DAYTON | UNIVERSITY OF DENVER |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Recreation," and on a **Sport Clubs webpage**. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "DU Club Sports," and on a **Club Sports webpage**. |

UNIVERSITY OF DAYTON

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Recreation," and on a **Sport Clubs webpage**.

Sport Clubs are "student driven," involving members in "fundraising, public relations, organization, administration, budgeting and scheduling, as well as … development of skills in their particular sport."

The **Club Officer Manual**, at 5, states:

"Our 36 sport clubs participate in events locally, regionally, nationally, and internationally …"
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage.

UNIVERSITY OF DENVER

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "DU Club Sports," and on a **Club Sports webpage**.

The **Ritchie Center for Sports and Wellness** states:

"As DU's largest student organization, club sports sets you up with regular practice and game schedules that allow you to compete on local, regional and national levels. Through club sports, you have the opportunity to blend your athletic skills with real-world leadership experiences. Our club officers create an annual team budget, fundraise, schedules games and practices and promote their teams to increase the number of competitive opportunities available for DU students."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

DEPAUL UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sport," and on a **Club Sports webpage**:

"As student-run organizations, club sports provide an opportunity for students with common interests to participate and compete in a variety of activities."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

UNIVERSITY OF DETROIT MERCY

No information about Interscholastic Club Sports.
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory.

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| | |
|---|---|
| **DRAKE UNIVERSITY** | **DREXEL UNIVERSITY** |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sport Club," and on a **Sport Clubs webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**: |
| "All sport clubs are initiated and run by students." _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage. | "Club Sports are student organizations created by [] students …. with the goal of competing against other recognized undergraduate collegiate clubs in the region." _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |
| **DUKE UNIVERSITY** | **DUQUESNE UNIVERSITY** |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports & Recreation," and on a **Sport Clubs webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**: |
| "The clubs are funded by its members, Duke Student Government, and the Gorter Family, whose endowment makes many clubs able to compete at Regional or National levels. The Sport Clubs Program is designed to provide opportunities for students with similar interests to participate in various sports or recreational activities. Each club is organized by students and is student run …." _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage. | "The objectives of Club Sports are to fill the recreational and extramural competitive needs of students. The program can emphasize instruction and/or competition. Club Sports are special interest groups in which the students accept the responsibility for the organizational responsibilities of the club." _____ NCAA-regulated Sports are **not** listed in the Student Organization Directory,* **nor** listed on the Club Sports webpage. * A student sports fan engagement campaign is listed. Accompanying event and roster information does not reflect NCAA events or rosters. |

**Plaintiff-Appellants' Supplemental Appendix | A. 394**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

---

### ELON UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** and on a **Club Sports webpage**:

"The Club Sports program allows students the opportunity to compete against collegiate club teams throughout the southeast …. Each club is formed, developed, governed and administered by the elected student officers …."

_____

NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

### UNIVERSITY OF EVANSVILLE

No information about Interscholastic Club Sports.

_____

NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**.

---

### FAIRFIELD UNIVERSITY

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"Club sports are organized and managed by students [and] club sport teams play other colleges …."

_____

NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

### FAIRLEIGH DICKINSON UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sport Clubs," and on a **Club Sports webpage**:

"Club Sports are student-initiated activities that require students to be responsible for organization, leadership and decision making. Club activities range from informal play to regular practice and intercollegiate and tournament competition."

_____

NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

---

### FORDHAM UNIVERSITY

Interscholastic Club Sports are distinguished from Varsity Sports, i.e., NCAA-regulated Sports, on the **Athletics webpage**:

"Our 22 men's and women's varsity sports teams compete big time in a big market.  We are NCAA Division I …. But varsity sports isn't the only outlet for our athletically-inclined students. A variety of club sports pits Fordham teams against other local colleges and universities, and intramurals from flag football to dodgeball are a great way to have fun, stay active, and relieve some midterm stress."

_____

NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**.

### FURMAN UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:

"Furman has close to two dozen club teams, ranging in everything from aikido to ultimate Frisbee.  Open to all students, these sports typically involve regular practice and a substantial time commitment, not to mention intercollegiate competition."

_____

NCAA Football and Men's Soccer are listed in the Student Organization Directory.  But the other 16 NCAA-regulated Sports are not similarly listed. None are listed on the Club Sports webpage.

**Plaintiff-Appellants' Supplemental Appendix | A. 395**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| GARDNER-WEBB UNIVERSITY | GEORGE WASHINGTON UNIVERSITY |
|---|---|
| No information about Interscholastic Club Sports.<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "UnderGrad Club Sports," and on a **Club Sports webpage**:<br><br>"Club Sports are registered student organizations established by students …. Students in each club are responsible for the internal organization and conduct of their club activities …. The management and organization of a Club Sport is an educational experience providing many challenges for students such as; writing their own constitution and by-laws, conducting club meetings, establishing dues to offset club expenditures, planning fund raising projects, coordinating practices, competition and special events, participating in community service projects, publicizing club events …. Club Sports should not be mistaken for an intercollegiate sport administered by the Department of Athletics & Recreation [*i.e.*, a NCAA sport]. In a club, the members assume the organizational and management responsibilities."<br><br>The **Club & Intramural Sports** homepage notes:<br><br>"A number of GW's club teams compete regionally and nationally."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |
| **GEORGETOWN UNIVERSITY** | **GONZAGA UNIVERSITY** |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:<br><br>"Teams are student-run organizations and are managed by an advisory board composed of club athletes."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student Organization Directory,* **nor** listed on the Club Sports webpage.<br><br>* A student sports fan engagement campaign "to provide … the best possible home game experience" is listed. Accompanying event and roster information does not reflect NCAA events or rosters. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports Club," and on a **Club Sports webpage**:<br><br>"[C]lubs bridge the gap between intramurals and varsity athletics as competitive (intercollegiate) teams …. Our thirty-three (33) Club Sport programs are entirely student run and often include nationwide travel, regional competition …."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| HAMPTON UNIVERSITY | UNIVERSITY OF HARTFORD |
|---|---|
| No information about Interscholastic Club Sports. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Athletics." |
| _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | The **Blackhawks Club Football** homepage notes: |
| | "For those who are not yet familiar with intercollegiate Club Sports in general, these teams are student organizations formed for the simple purpose of allowing students to participate and compete. Club teams differ from varsity programs in many ways.  They are student-run organizations, overseen by a Student Activities department rather than Athletic Department.  Clubs are not required to comply with Title IX, NCAA." |
| | _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. |

| HARVARD UNIVERSITY | HIGH POINT UNIVERSITY |
|---|---|
| Interscholastic Club Sports are linked to the **Student-Run Group Directory** ("Club Sports recognized by Harvard's Department of Athletics can be found here.") and listed on a **Club Sports webpage**: | Interscholastic Club Sports are listed on a **Club Sports webpage**: |
| "Club sports are formed by groups of undergraduates …. It is a student-initiated activity that relies on the students to be responsible for leadership, decision-making, organization, and supervision of all club actions.  Clubs are organized on instruction, recreational, and competitive levels and their activities range from informal play and practice to intercollegiate and tournament competition." | "Each team has been formed, organized and conducted by a group of students and run through the athletics department at High Point University. Students competing with the HPU Club Sports program compete successfully in local, state and national events." |
| _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

**Plaintiff-Appellants' Supplemental Appendix | A. 397**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| HOFSTRA UNIVERSITY | COLLEGE OF THE HOLY CROSS |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports." | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**: |
| The **Club Sports Handbook**, at 2, states: | "Teams practice on average of twice per week, and their games are mostly held on the weekends. Competitive teams travel throughout the region, and some even travel Nationally …. Club Sports are student run Recognized Student Organizations …. Each club sport has an E-Board ….The E-Board is in charge of attending monthly meetings, making financial decisions, handing in the team's paperwork and waivers, and ultimately making sure the club remains in good standing with the College." |
| "Club Sports are student organizations …. [T]hey are self-managed by student leaders from within the club …. All sport clubs are funded by student fees and governed by the Student Government Association (SGA) …. Competitive sport clubs are those in which teams choose to compete against other schools or programs through leagues and organized play." | |
| —————————————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | —————————————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

| HOUSTON BAPTIST UNIVERSITY | HOWARD UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed on a **Club Sports webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sport," and grouped with **Intramural Sports**: |
| "Take your love of sports and competition to the next level – sign up through Campus Recreation for one of HBU's Club Sports and compete against other colleges and universities across the state. There is a registration fee for participating in Club Sports; this fee only covers one sport per sport. All fees will be deducted from your HBU Student Account." | "With the cancellation of the baseball program, the Howard University Club Baseball Association formed. The club eventually joined the NCBA, National Club Baseball Association. This is a college level association that has teams from all over the country." |
| —————————————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | —————————————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** grouped with Intramural Sports. |

| IONA COLLEGE | JACKSONVILLE UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports." | No information about Interscholastic Club Sports. |
| —————————————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | —————————————————————— NCAA-regulated Sports are **not** listed in the Student Organization Directory.* |
| | * A student sports fan engagement campaign is listed. Accompanying event and roster information does not reflect NCAA events or rosters. |

NCAA Division I **Private Schools** | 11
(Websites last visited May 25, 2016)

**Plaintiff-Appellants' Supplemental Appendix | A. 398**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| LA SALLE UNIVERSITY | LAFAYETTE COLLEGE |
|---|---|

**LA SALLE UNIVERSITY**

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"Club Sports provide students with the opportunity to compete with other schools in a variety sports. La Salle University club sports are student-run, student led sport based organizations …."

_____
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage.

**LAFAYETTE COLLEGE**

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports Clubs and Groups," and on a **Sports Clubs webpage**:

"Sports clubs at Lafayette are student-initiated and student-run organizations which depend on a membership who is fully involved in the club's leadership, decision-making, and organization."

The **Sports Clubs FAQs** further state:

"Varsity sports [*i.e.*, NCAA sports] are sponsored by the College and funded through the operating budget, NCAA funding, revenue generated through various events, and gifts from generous donors. Sports clubs are not sponsored by the college, but by Student Government in response to student interest and initiative. The primary sources of funding for sports clubs are student activity fees (distributed at the discretion of Student Government), sport club member dues, fundraising activities, and gifts from generous donors. Unlike varsity sports, sport clubs are student-run organizations who decide for themselves their level of competitiveness, whether or not they will hire a coach or instructor, how often they will practice, and if they will continue to exist at all …. [Sport clubs] participate in competitions with clubs from other institutions (in many cases as a member of a specific league), and others enter a variety of weekend tournaments."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sports Club webpage.

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| | |
|---|---|
| **LEHIGH UNIVERSITY** | **LIBERTY UNIVERSITY** |

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"[T]he intention is to offer club competition at the highest level and student commitment, including expanded practice and extramural competitions on a regular and formal basis within the club sport model …. The primary differences between Club Sports and Varsity Intercollegiate Sports [*i.e.*, NCAA sports] are the funding sources associated with participation and the wide range of commitment levels regarding time and competitiveness. At the intercollegiate level, the institution has made the commitment to sponsor the sport under NCAA and Patriot League Division I guidelines. A Club Sport is one that is initiated and must be sustained by student interest. The club is self-directed under the Club Sports guidelines with a combination of resources from student senate funds, dues and/or their own fundraising initiatives."

_____
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage.

Interscholastic Club Sports are distinguished from NCAA-regulated Sports on the **Athletics webpage**:

"Liberty's NCAA Division I program has won more than 140 conference titles …. Liberty's Club Sports program has teams that have participated in and won national tournaments and placed in regional events."

_____
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**.

| | |
|---|---|
| **LIPSCOMB UNIVERSITY** | **LONG ISLAND UNIVERSITY, BROOKLYN** |

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"Traveling Sport Clubs at Lipscomb University are registered student organizations …. initiated and run by students …. The concept of this program is to provide students the opportunity to compete against other students outside of Lipscomb University."

_____
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage.

No information about Interscholastic Club Sports.
_____
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**.

**Defendant Websites**
## Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports

| LOYOLA MARYMOUNT UNIVERSITY | LOYOLA UNIVERSITY CHICAGO |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:<br><br>"Club Sports are recognized student clubs …. Open to all students, regardless of skill level …. Its members learn new skills, refine existing ones, engage in competition against other colleges/universities …."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | Interscholastic Club Sports are listed under **IMs (Intramurals) and Sports Clubs**:<br><br>"Sports Clubs are student organizations that practice together as a team and compete against other universities' sports clubs and/or local sports clubs"<br><br>The **Sport Club Handbook**, at 2, further states:<br><br>"Our clubs participate in events, locally, regionally and nationally …. Each Sport Club will determine its own membership guidelines …. Students are directly and ultimately responsible for all aspects of operating and managing a successful organization."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed under IMs and Sports Clubs. |
| **LOYOLA UNIVERSITY MARYLAND** | **MANHATTAN COLLEGE** |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:<br><br>"Loyola's Club Sport teams bridge the gap between intramurals and varsity athletics, allowing you to enjoy extramural competition without the pressures of highly-structured varsity sports.  Clubs are student directed, with members being required to assume responsibility for organizing contests and fundraising activities, while also providing a great opportunity to develop leadership skills.  Most club teams compete in leagues against other local and regional teams and some teams even compete in national competitions."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | No information about Interscholastic Club Sports.<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| MARIST COLLEGE | MARQUETTE UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports Advisory," and on a **Club Sports webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club and Recreational Sports," and on a **Club Sports webpage**: |
| "Club Sports at Marist College compete on an intercollegiate level, but they do not compete under the NCAA guidelines. Each club sport has head and assistant coaches and is completely student run. Club presidents, vice presidents, secretaries, and treasurers are elected on an annual basis and are responsible for the scheduling of all practices and games, the ordering of all equipment and uniforms, and all other organizational tasks that are necessary for a club sport team to function on an intercollegiate level." | "A club sport is a registered student organization conducted by elected student officers that coordinate club activities. The basic structure of clubs allow members numerous opportunities for involvement with fundraising, public relations, budgeting, administration and scheduling …. Many clubs compete against other clubs, colleges and universities while others offer an instructional atmosphere." |
| NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | NCAA-regulated Sports are **not** listed in the Student Organization Directory,* **nor** listed on the Club Sports webpage. |
| | * A student sports fan engagement campaign is listed. Accompanying event and roster information does not reflect NCAA events or rosters. |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| MERCER UNIVERSITY | UNIVERSITY OF MIAMI |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports/Recreation," and on a **Club Sports webpage**. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Athletic/Health Wellness," and on a **Club Sports webpage**: |

MERCER UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports/Recreation," and on a **Club Sports webpage**.
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

UNIVERSITY OF MIAMI

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Athletic/Health Wellness," and on a **Club Sports webpage**:

"The Club Sports Program promotes opportunities for students to engage in sporting events, activities, and competitions in the state of Florida, the Southeast, as well as throughout the United States."

The **Club Sports Handbook**, at 4, further states:

"The success and strength of the club sports program is based upon the initiative set forth by the elected student leadership and the total involvement of club members.  A club offers students the opportunity to become directly involved with the administration and supervision of their organization. They collectively have the responsibility for:

√ Writing their constitution and by-laws
√ Setting up organizational meetings
√ Informing new members of the club's direction
√ Establishing club dues
√ Raising funds to support the club's activities
√ Planning and promoting the club's events."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

**Plaintiff-Appellants' Supplemental Appendix | A. 403**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| MONMOUTH UNIVERSITY | MOUNT ST. MARY'S UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** and on a **Club Sports webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**: |
| "The Club Sports Program at Monmouth University provides opportunities for students who desire a more in-depth experience of sports participation than is provided in the Intramural or informal Recreation Program.  The goal of the Club Sports Program is to blend the aspects of learning new skills, practicing with club members, and possibly competing with other clubs and universities." | "If you are looking for a higher level of activity in a student-run setting, then the club sports program at Mount St. Mary's University might be the place for you. Our teams generally practice two to three times a week and play other colleges and universities throughout Maryland, Pennsylvania, Virginia and Washington, D.C. …. All of the teams at the Mount are run by a group of student leaders. Their responsibilities include working alongside a coach/advisor, handling finances, scheduling practices/games, completing fundraising/community service activities, and more.  As this list indicates, running a club sports team is a lot like running your own business." |
| NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

| NIAGARA UNIVERSITY | NORTHEASTERN UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sport," and on a **Club Sports webpage**. |
| The **Club Sport Program Handbook**, at 1, states: | NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sport webpage. |
| "All clubs are self-administered by elected student officers and are supported by membership dues, fundraising activities, student government, donor contributions, and sponsorship.  It is the responsibility of the students to work with the university administrator for club sports to coordinate activities, classes, practice, competition schedules, tournament transportation, publicity, and all other factors for successful operation." | |
| NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| NORTHWESTERN UNIVERSITY | UNIVERSITY OF NOTRE DAME |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports/Recreation," and on a **Sport Clubs webpage**:<br><br>"The Sport Club program offers the opportunity to compete in extramural competition against other clubs, schools, colleges, and universities."<br><br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Athletic Clubs," and on a **Club Sports webpage**:<br><br>"Looking to engage in competition with teams from across the country? …. From rowing to volleyball, rugby to boxing, our club sports are a great way to engage in physical activity on and off campus."<br><br>The **Club Sports Policies & Procedures** further states that the Club Sports program:<br><br>"allows the student an opportunity to take part in the leadership, responsibility and decision making process of club activities …. It is expected that all clubs will be student run …."<br><br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |
| **ORAL ROBERTS UNIVERSITY** | **UNIVERSITY OF THE PACIFIC** |
| No information about Interscholastic Club Sports.<br>_____<br>NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**. | Interscholastic Club Sports are listed on a **Sport Clubs webpage**:<br><br>"A Sport Club is a student organization designed to promote interest, participation, and competition in a specific athletic or recreation activity."<br><br>The **Sports Club Operations Manual**, at 1, further states:<br><br>"The level of structure and time commitment varies among the sport clubs as some choose to compete against other universities and in local/regional leagues …. The Sports Club program is designed to foster leadership through the members' active involvement in budgeting, scheduling, planning, organization, and fundraising."<br><br>_____<br>NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory, nor** listed on the Sport Clubs webpage. |

NCAA Division I **Private Schools** | 18
(Websites last visited May 25, 2016)

**Plaintiff-Appellants' Supplemental Appendix | A. 405**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| UNIVERSITY OF PENNSYLVANIA | PEPPERDINE UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports & Recreational," and on a **Sport Clubs webpage**:<br><br>"All sport club teams at the University of Pennsylvania are 'recognized student organizations'"<br>….<br>"[T]he clubs' elected membership (president, vice-president, secretary and treasurer) usually manages all aspects of the sport club"<br>….<br>"[Competitive] clubs are interested in scheduling and hosting tournaments, leagues or structured events. Clubs such as these operate in a manner similar to varsity teams."<br><br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sports Club webpage. | Interscholastic Club Sports are listed on a **Club Sports webpage**:<br><br>"Club Sports offer students a more competitive environment with regular practices, dedicated coaches, and the opportunity to travel and compete against teams from other universities. Club Sports are officially recognized student organizations that provide students with opportunities to develop their leadership skills."<br><br>_____<br>NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage. |
| UNIVERSITY OF PORTLAND | PRESBYTERIAN COLLEGE |
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports."<br><br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Special Interest."<br><br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. |

**Plaintiff-Appellants' Supplemental Appendix | A. 406**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| PRINCETON UNIVERSITY | PROVIDENCE COLLEGE |
|---|---|
| Interscholastic Club Sports are linked to the **Student-Run Group Directory** ("click on the appropriate link to learn more about student activities and organizations sponsored by other offices … club and intramural sports ….") and listed on a **Sport Clubs webpage**: | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports & Recreation," and on a **Club Sports webpage**: |
| "Sport Clubs are open to all Princeton University students of any skill level and offer the opportunity to compete with other colleges throughout the Northeast and nationally." | "Club sports are non-varsity teams and organizations, which employ coaches, play, and practice using the College's facilities, and are members of various leagues competing against club and varsity teams of other schools." |
| The **Sport Clubs Handbook**, at 3, further states: | _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |
| "Sport Clubs are student initiated and student-governed.  Clubs compete with other collegiate clubs and organizations but are not to be confused with varsity athletics [*i.e.*, NCAA sports].  Varsity teams are subject to NCAA and conference rules, have paid full time coaches, and generally require a higher level of commitment for participation." | |
| _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sports Club webpage. | |

| QUINNIPIAC UNIVERSITY | RICE UNIVERSITY |
|---|---|
| No information about Interscholastic Club Sports. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Recreational/Sport" and on a **Club Sports webpage**. |
| _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

### UNIVERSITY OF RICHMOND

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sport Club," and on a **Sport Clubs webpage**.

The **Sport Club Manual**, at 5, states:

"Participation in sport clubs is a learning experience for the members through their involvement in the administration, organization, budgeting, scheduling, fund-raising, and public relations …. A sport club is a student organization …. Clubs compete with other clubs, organizations, colleges, and universities but should not be confused with a varsity sport administered by the Athletic Department [*i.e.*, a NCAA sport]. Varsity teams must follow NCAA rules and regulations, are usually fully funded, have paid coaches and athletic trainers, practices and competitions are mandatory, and today's varsity sports usually require a full year commitment. Sport clubs often compete with other universities but are not affiliated with the NCAA, the majority of their funds are self-generated, coaches are often volunteers, and the organization and administration of the club is determined by the club officers."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sports Club webpage.

### RIDER UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:

"Because clubs are student-managed and organized, you'll have the opportunity to participate in the sports you love while learning leadership skills you'll always value."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

### ROBERT MORRIS UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:

"These teams compete against local and regional colleges and universities in organized leagues and associations. Some teams even travel outside of the region to compete."

_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

### SACRED HEART UNIVERSITY

Interscholastic Club Sports are listed on a **Club Sports webpage**.

A **Club Sports Manual** describes student management of club teams and requires that teams "compete against other non-Sacred Heart affiliated teams."

A webpage sidebar - **Club Sports vs. Div. 1 Sports** - includes a chart of differences between club sports and NCAA-regulated sports, incl. qualifications / eligibility, practices, competition, games, roster limits and offseason.

_____
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage.

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| SAMFORD UNIVERSITY | UNIVERSITY OF SAN DIEGO |
|---|---|

SAMFORD UNIVERSITY

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Recreational/Club Sports," and on a **Sports Clubs webpage**.

NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sports Clubs webpage.

UNIVERSITY OF SAN DIEGO

Interscholastic Club Sports are listed in the **Student-Run Group Directory** under categories "Sports Clubs" and "Sport Club-Changemaker," and on a **Sports Clubs webpage**:

"USD's Sports and Recreation Clubs are managed and run by student leaders. As such, members of each club develop valuable life-long skills in management and leadership …. [U]nlike intramurals, Sports Clubs compete against other schools.  Clubs generally are competitive, practice two or three times per week and have coaches. Many teams compete nationally with other colleges and universities, and often bring back titles and trophies."

The **Sport Clubs Handbook**,3-4, further states:

"Sports Clubs are student organizations …. Stewardship of a Sports Club is the responsibility of its student participants and their elected leadership." ….
"Competitive Sport Clubs require substantial financial support by its members in the areas of fund raising and membership dues …. Competitive Sport Clubs generally practice two or three times a week, may have volunteer coaches or coaches paid with Sport Club funds, and compete against other college club teams."

NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sports Clubs webpage.

**Plaintiff-Appellants' Supplemental Appendix | A. 409**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| **UNIVERSITY OF SAN FRANCISCO** | **SANTA CLARA UNIVERSITY** |
|---|---|

**UNIVERSITY OF SAN FRANCISCO**

Interscholastic Club Sports are listed on a **Sport Clubs webpage**.

"University of San Francisco supports 25 Sport Clubs, many of which compete in intercollegiate competition, regional and national tournaments."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage.

**SANTA CLARA UNIVERSITY**

Interscholastic Club Sports are listed on a **Club Sports webpage**.

The **Club Sports Handbook**, at 2, states:

"Clubs are student-initiated and student-managed so members are actively involved in determining the objectives and procedures of their club. The decision-making duties are the responsibility of the student members and officers …. Our clubs compete with clubs from other universities [but] are not [NCAA] sports teams. Club Sport teams do not offer scholarships to participants. Club Sport teams do not have the ability to grant potential recruits guaranteed acceptance to the University …."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

**SEATTLE UNIVERSITY**

Interscholastic Club Sports are listed on a **Sport Clubs webpage**.

The **Sport Club Handbook**, at 3, states:

"Sport Clubs are student-run organizations …. and offer the opportunity to compete with other colleges throughout the state, region and nation."
….
"Sport Clubs differ from [NCAA] athletics in that Sport Clubs are student run organizations, are typically not scholarship-based, and are completely voluntary in nature. Unlike [NCAA] athletics, Sport Clubs are responsible for their own administration and for many of their own expenses."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage.

**SETON HALL UNIVERSITY**

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"[Clubs] participate in extramural competition …. [but] should not be mistaken for [NCAA] sports that are also supported by the department. In a club, the members assume the financial responsibilities and assist in organization. There are no athletic scholarships available for club sport participants."

The **Club Sport Manual**, at 1, further states:

"Students in each club are responsible for the internal organization and conduct of their club …. The management and organization of a club sport is an educational experience providing many challenges for students, such as: writing their constitution and by-laws, conducting club meetings, establishing dues to offset club expenditures, planning fund raising projects, coordinating practices, competition and special events, publicizing club events …."
_____
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage.

NCAA Division I **Private Schools** | 23
(Websites last visited May 25, 2016)

**Plaintiff-Appellants' Supplemental Appendix | A. 410**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| SIENA COLLEGE | UNIVERSITY OF SOUTHERN CALIFORNIA |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Athletic." | Interscholastic Club Sports are listed in the **Student-Run Group Directory** and on a **Club Sports webpage**: |
| NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | "The University of Southern California Club Sports Program serves over 2500 members in 58 student-run clubs …. Club Teams are designed for amateur athletes who enjoy intercollegiate athletic competition and are organized in tiers based on size, budget and competitive level. Club sports meet for regular practices during the week and competitive clubs hold games and matches against students from other universities." |
| | NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

| SOUTHERN METHODIST UNIVERSITY | ST. BONAVENTURE UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sports," and on a **Sport Clubs webpage**: | Interscholastic Club Sports are grouped along with **Student Clubs & Organizations** under an Associate Director for Intramurals, Club Sports and Student Engagement, and listed on a **Club Sports webpage** describing competition, "against other colleges and universities." |
| "Student members administer each sport club …. The competitive sport clubs compete against other regional and national colleges including UT-Austin, Texas A&M, Texas Tech, Oklahoma State, Rice and Baylor. Opponents also include other amateur clubs in the region." | NCAA-regulated Sports are **not** grouped with Student Clubs & Organizations, **nor** listed on the Club Sports webpage. |
| NCAA Women's Rowing is listed in the Student Organization Directory. But the other 14 NCAA-regulated Sports are not similarly listed. None are listed on the Sport Clubs webpage. | |

| ST. FRANCIS COLLEGE BROOKLYN | SAINT FRANCIS UNIVERSITY |
|---|---|
| No information about Interscholastic Club Sports. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports." |
| NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**. | NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. |

NCAA Division I **Private Schools** | 24
(Websites last visited May 25, 2016)

**Plaintiff-Appellants' Supplemental Appendix | A. 411**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| ST. JOHN'S UNIVERSITY | SAINT JOSEPH'S UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed on a **Club Sports webpage**: | Interscholastic Club Sports are listed on a **Club Sports webpage**: |
| Proposals for recognition of a Club Sport, "must show evidence of … [a]vailability of adequate competition within a reasonable geographical range from campus … [d]emonstration of student leadership within the club … [c]apacity of the club to meet financial responsibilities of the club beyond what is provided by the Campus Recreation Department. (i.e.: fund-raising)." | "Voluntarily organized by students, club sports exist for the purpose of furthering a common interest in a physical activity through competition, instruction, or participation. Students elect their own officers, draft their own constitution, request facility space, get approval for and make travel arrangements, schedule contests with other teams, develop contracts with officials, fundraise and manage their budget." |
| NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage. | NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage. |

| SAINT LOUIS UNIVERSITY | ST. MARY'S COLLEGE OF CALIFORNIA |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Sport Clubs webpage**: | Interscholastic Club Sports are listed on a **Club Sports webpage**: |
| "[S]port clubs compete against other colleges and universities across the nation." | "Each team is registered with local or national league affiliations and is led by SMC students." |
| The **Sport Clubs Manual**, at 3-4, further states: | NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage. |
| "[T]he most important concept of a sport club is that it is a student organization. The existence of a sport club relies heavily upon the club members' initiative, organization, administration, and leadership. Participation in the administration of a sport club provides a tremendous opportunity to further a student's education in program planning, business management, and organizational behavior …. Funding comes through student fees distributed by Student Government, club fundraising, dues, donations, and special events." | |
| NCAA-regulated Sports are **not** listed in the Student Organization Directory,* **nor** listed on the Sport Clubs webpage. | |
| * A student sports fan engagement campaign is listed, encouraging students to, "balance all of that studying [by attending] a Billiken game to watch those who do it best."  Accompanying event and roster information does not reflect NCAA events or rosters | |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| | |
|---|---|
| **ST. PETER'S UNIVERSITY** | **STANFORD UNIVERSITY** |
| No information about Interscholastic Club Sports.<br>—————————————————————<br>NCAA-regulated Sports are **not** listed in the<br>**Student-Run Group Directory**. | Interscholastic Club Sports are listed in the<br>**Student-Run Group Directory** under category<br>"Athletic-Club Sport," and on a<br>**Club Sports webpage**:<br><br>"The Club Sports program allows students to<br>compete against skilled athletes from other colleges<br>and universities. Alongside competition and<br>performance, club sports place emphasis on student<br>initiative and team management, allowing participants<br>to shape their own experience."<br>—————————————————————<br>NCAA-regulated Sports are **not** listed in the<br>Student-Run Group Directory, **nor** listed on the<br>Club Sports webpage. |

| | |
|---|---|
| **STETSON UNIVERSITY** | **SYRACUSE UNIVERSITY** |
| Interscholastic Club Sports are listed in the<br>**Student-Run Group Directory** under category<br>"Other," and on a **Club Sports webpage** that is<br>linked to the Student-Run Group Directory under<br>"More Student Organizations."<br><br>The **Club Sports Participant Guide**, at 3, states:<br><br>"The program's overall goal is to foster an<br>environment of learning and development through<br>involvement in teamwork, fundraising, service<br>projects, budgeting, scheduling, and, of course,<br>practicing and competing …. Each Club Sport is a<br>student-oriented and student-run organization ….<br>The students within each Club, specifically the<br>Club's Officers, are responsible for the internal<br>administration of their Club."<br>—————————————————————<br>NCAA-regulated Sports are **not** listed in the<br>Student-Run Group Directory, **nor** listed on the<br>Club Sports webpage. | Interscholastic Club Sports are listed in the<br>**Student-Run Group Directory** under category<br>"Sports/Recreation," and on a<br>**Sport Club webpage**:<br><br>The **Sport Club Handbook**, at 4, states:<br><br>"A Sport Club is a registered student organization ….<br>Sport Clubs are organized and conducted by students<br>…. The key to success of Sport Clubs is student<br>leadership, interest, involvement and participation.<br>Clubs may be instructional, recreational, competitive<br>or a combination. Characterized as being student-<br>initiated and student-managed, the structure of Sport<br>Clubs allows athletes opportunities for leadership,<br>decision-making and enhancing transferable skills."<br>—————————————————————<br>NCAA-regulated Sports are **not** listed in the<br>Student-Run Group Directory, **nor** listed on the<br>Sport Club webpage. |

**Plaintiff-Appellants' Supplemental Appendix | A. 413**

**Defendant Websites**
## Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports

| | |
|---|---|
| **TEXAS CHRISTIAN UNIVERSITY** | **TULANE UNIVERSITY** |

Interscholastic Club Sports are listed on a **Sport Clubs webpage**:

"Sport Clubs are recognized student organizations …. Most current clubs compete in an organized local or regional league against other colleges and Universities …. The student members create, administer and govern the clubs themselves, which provides them an opportunity to develop and enhance not only their athletic skills, but also their leadership and organizational skills."

—————————————————————
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory, nor** listed on the Sport Clubs webpage.

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"Tulane Club Sports are student organizations that are geared toward instructional, recreational or competitive play. Club sports are recognized campus organizations that are run by the students. Each club has regular practice times and some compete in local or national leagues."

—————————————————————
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory, nor** listed on the Club Sports webpage.

| | |
|---|---|
| **UNIVERSITY OF TULSA** | **VALPARAISO UNIVERSITY** |

Interscholastic Club Sports are listed in the **Student-Run Group Directory**.

—————————————————————
NCAA-regulated Sports are **not** listed in the Student-Run Group Directory.

Interscholastic Club Sports are listed on a **Club Sports webpage**:

"If you crave extramural competition …. Some clubs travel to other campuses; some compete in off-campus tournaments …."

The **Club Sports Handbook**, at 2, further states:

"A Club Sport must be approved by the Recreational Sports Office and a recognized organization by the Student Senate. The Club Sport is formed, developed, governed, and administered by the student officers of each Club Sport, for the purposes of student recreation, fellowship, sportsmanship, and competing with the club sports' of other higher education institutions. Each Club Sport is responsible for leadership activities including, but not limited to: scheduling, fiscal management, and compliance with University policies."

—————————————————————
NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory, nor** listed on the Club Sports webpage.

**Plaintiff-Appellants' Supplemental Appendix | A. 414**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| **VANDERBILT UNIVERSITY** | **VILLANOVA UNIVERSITY** |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports." | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**. |
| The **Club Sports Handbook**, at 1-2, states: | A **Club Sports Manual**, at 2, describes student management of club teams and requires that teams "[p]articipate[] in external competition." |
| "Club Sports [are] recognized student organizations …. Each Club Sport has been founded, organized, managed and maintained by volunteer student leaders …. The members are actively involved in the leadership, responsibility and decision-making process of club activities." …. "[Competitive Clubs] are members of a recognized collegiate league or conference ….or organization that has national championship affiliation." | _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |
| _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | |

| **WAGNER COLLEGE** | **WAKE FOREST UNIVERSITY** |
|---|---|
| No information about Interscholastic Club Sports. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**. |
| _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory. | The **Club Sport Handbook**, at 1, states: |
| | "[C]lub sport teams … range from the very competitive, which travel and play at the intercollegiate level, to the recreational and instructional …. The Club Sports program is the largest student group at Wake Forest University and is entirely student organized.  Each Club Sport team is a chartered student organization run and administered by Wake Forest University's students …." |
| | _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

NCAA Division I **Private Schools** | 28
(Websites last visited May 25, 2016)

**Plaintiff-Appellants' Supplemental Appendix | A. 415**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| WOFFORD COLLEGE | XAVIER UNIVERSITY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Special Interest," and grouped with **Intramural Sports**. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**: |
| _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** grouped with Intramural Sports. | "[I]nvolvement in the Clubs is structured to be a learning experience for the members through their involvement in the organization and administration of club activities as well as the development of sports skills …. The teams hold practices two to four times per week and all of clubs are required to have a coach. Our clubs do not have large budgets; therefore the clubs must fundraise and charge membership dues to subsidize their existence. The teams compete against other club teams from universities throughout the Midwest such as Indiana University, University of Kentucky, Ohio State University, Miami of Ohio and the University of Cincinnati. Many of the club sports play in leagues and can compete for a national championship." |
|  | _____ NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

| YALE UNIVERSITY | |
|---|---|
| Interscholastic Club Sports are listed on a **Club Sports webpage**. | |
| The **Club Sports Program Handbook**, at 1-2, states: | |
| "Although some club sports are solely recreational, most are highly competitive. National Collegiate Championships have been won by Croquet, Cycling, Fishing, Polo, Rugby, Sailing, Skeet shooting, and Wrestling." …. Club Sports, "provide a valuable learning experience through student involvement in fund raising, public relations, organization, administration, budgeting, leadership, teaching, and scheduling in addition to athletic skill in a particular sport." | |
| _____ NCAA-regulated Sports are **not** listed in the **Student-Run Group Directory**, **nor** listed on the Club Sports webpage. | |

**Plaintiff-Appellants' Supplemental Appendix | A. 416**

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| UNIVERSITY OF DELAWARE | UNIVERSITY OF NEW HAMPSHIRE |
|---|---|
| Interscholastic Club Sports are listed on a **Club Sports webpage**. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sport Clubs," and on a **Sport Clubs webpage**. |
| The **Club Sports Policies & Procedures Manual**, at 1-2, states: | The **Sport Clubs Policy Manual**, at 1, states: |
| "Club Sports are student run, and within each club the students are directly responsible for all aspects of managing and operating a successful competitive organization. As a result, Club Sports present a unique opportunity for students to develop both their athletic and leadership abilities." …. "There must be a viable number of opponents and competitions within the region. Primary competitors must be other university affiliated teams." | "[A]ctivities range from informal play to regular practice/instruction and intercollegiate competition …. [T]he emphasis is on student leadership and development. Students are directly and ultimately responsible for operating and managing a successful and competitive organization. As a result, Sport Clubs present a unique opportunity for students to develop both athletic and leadership abilities …." |
| ———————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | ———————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage. |

| PENNSYLVANIA STATE UNIVERSITY | UNIVERSITY OF PITTSBURGH |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Sport/Physical Activity," and on a **Club Sports webpage**. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Recreational Sport," and on a **Club Sports webpage**. |
| The **Club Sports Policies & Procedures Manual**, at 1-2, states: | The **Club Sports Handbook**, at 3, states: |
| "Club sport organizations meet regularly for practices … and may compete in regional and national championships. **Motto** *'For the students, by the students'* is more than a slogan in the Club Sports Program - it is our philosophy. Club sport organizations are first and foremost student organizations …." …. "All organizational decisions must be made by full-time student, elected leaders" | "Sport clubs are student-initiated, student-led and student-managed, providing an opportunity for the development of leadership and other life skills and to contribute to the overall college experience. **Competitive Clubs** Competitive clubs compete against outside competition, usually other collegiate clubs, as part of a structured regional or national league …. Competitive club sports also typically involve a greater financial commitment and time commitment, both in number of days per week and a longer period of time for the season." |
| ———————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | ———————————————— NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |

**Defendant Websites**
**Student-Run Interscholastic Club Sports *v.* NCAA-Regulated Sports**

| UNIVERSITY OF RHODE ISLAND | RUTGERS, STATE UNIVERSITY OF NEW JERSEY |
|---|---|
| Interscholastic Club Sports are listed in the **Student-Run Group Directory** and on a **Club Sports webpage**:<br><br>"Each team is organized and managed by students …. The Club Sports program is partially funded through student activity fees. Additional funding is derived from membership dues, fund-raising events and activities …. Team members are required to help offset the cost of travel, equipment, uniforms, and officiating and game expenses.  The University of Rhode Island Club Sports teams participate in a number of leagues and associations …. [M]any of our club sport teams travel regionally, nationally, and internationally to compete."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Recreation Sport Clubs," and on a **Sport Clubs webpage**:<br><br>"Sport Clubs [are] student run organizations …. Sports Clubs may be instructional and/or competitive in nature, with the competitive clubs competing against other schools and leagues all around the country."<br><br>Club Basics further explain that Clubs, "are student organized, student led and student funded," and "must strive to … [p]rovide leadership development opportunities for club members who wish to assume administrative duties within the club structure."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage. |
| TEMPLE UNIVERSITY | UNIVERSITY OF VERMONT |
| Interscholastic Club Sports are listed on a **Sport Clubs webpage**:<br><br>"Clubs differ in scope and purpose and are classified as highly competitive, competitive, instructional, or recreational. The key element to the club program is that it is student-initiated and organized …."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Sport Clubs webpage. | Interscholastic Club Sports are listed in the **Student-Run Group Directory** under category "Club Sports," and on a **Club Sports webpage**:<br><br>"UVM club sports are not for the meek - many of the clubs compete at regional and national levels against other college and universities …."<br>_____<br>NCAA-regulated Sports are **not** listed in the Student-Run Group Directory, **nor** listed on the Club Sports webpage. |